# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Christopher F. Young, | ) ) ) | C.A. No. 9:20-cv-02959-BHH |
| Plaintiff-Relator, | ) ) | |
| v. | ) ) | **FILED *EX PARTE* AND** |
| LaFarge, S.A., LaFarge Corporation, LaFarge North America, Inc., LaFarge Building Materials, Inc., Cementos Argos S.A., Argos USA Corp., Argos Cement LLC, Argos Ready Mix LLC, Elite Concrete LLC, Elite Concrete Holdings, LLC, Elite Concrete of SC, LLC, Coastal Concrete, Inc., Coastal Concrete Company, Inc., Coastal Concrete Southeast II, LLC, Evans Concrete Holdings, Inc., Evans Concrete, L.L.C., Greg Melton, Pat Mooney, Richard A. Stankwytch, Troy D. Baird, Hurley S. Cook, David Melton, Tim Coughlin, Tim Mahoney, Tommy Strickland, and Timothy "Bo" Strickland, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **UNDER SEAL** |
| Defendants. | ) ) | |

## ORDER

Having received notice of the decision of the United States to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby **ORDERED** that:

1. The seal imposed in this case shall be lifted as to all documents.

2. All matters occurring in this action after the date of this Order shall be filed on the public docket and shall not be filed under seal unless accompanied by an appropriate motion pursuant to Local Civil Rule 5.03.

3. Relator shall serve Defendant within 90 days of the date of this Order, as provided for in Fed. R. Civ. P. 4(m).

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States.

7. Should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, Relator or Defendant shall solicit the written consent of the United States before presenting the matter to this Court.

   **IT IS SO ORDERED**.

                                                  s/Bruce Howe Hendricks
                                                  The Honorable Bruce H. Hendricks
                                                  United States District Court Judge

Date: March 11, 2022
Charleston, South Carolina