UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* CHRISTOPHER F. YOUNG,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>LAFARGE NORTH AMERICA, INC., LAFARGE BUILDING MATERIALS, INC., ARGOS USA CORP., ARGOS CEMENT LLC, ARGOS READY MIX LLC, ARGOS USA, LLC, GREG MELTON, PAT MOONEY, RICHARD A. STANKWYTCH,<br><br>Defendants. | CIVIL ACTION NO: 9:20-2959-BHH<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that the Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action *without prejudice* as to Defendants Cementos Argos S.A.; Lafarge S.A.; Lafarge Corporation; Lafarge North America Inc.; Lafarge Building Materials Inc.; Elite Concrete, LLC; Elite Concrete Holdings, LLC; Elite Concrete of SC, LLC; Coastal Concrete, Inc.; Coastal Concrete Company, Inc.; Coastal Concrete Southeast II, LLC; Evans Concrete Holdings, Inc.; Evans Concrete, LLC; Thomas Concrete, Inc.; Thomas Concrete of Georgia, Inc.; Thomas Concrete of South Carolina, Inc.; Troy D. Baird; Hurley S. Cook; David Melton; Tim Coughlin; Tim Mahoney; Tommy Strickland; and Timothy "Bo" Strickland.

This Notice of Dismissal applies only to Defendants Cementos Argos S.A.; Lafarge S.A.; Lafarge Corporation; Lafarge North America Inc.; Lafarge Building Materials Inc.; Elite Concrete, LLC; Elite Concrete Holdings, LLC; Elite Concrete of SC, LLC; Coastal Concrete, Inc.; Coastal

Concrete Company, Inc.; Coastal Concrete Southeast II, LLC; Evans Concrete Holdings, Inc.; Evans Concrete, LLC; Thomas Concrete, Inc.; Thomas Concrete of Georgia, Inc.; Thomas Concrete of South Carolina, Inc.; Troy D. Baird; Hurley S. Cook; David Melton; Tim Coughlin; Tim Mahoney; Tommy Strickland; and Timothy "Bo" Strickland and not to the remaining Defendants against which Plaintiff specifically reserves its claims.  The dismissed parties have expressly agreed that each party shall bear their own costs which are related in any way to this action.

                                    LAW OFFICE OF
                                    DARRELL THOMAS JOHNSON, JR., LLC
                                    Attorneys for Plaintiff

                                    By:__s/Warren Paul Johnson_____
                                    Warren Paul Johnson (9524)
                                    Joshua R. Fester (12513)
                                    Darrell T. Johnson, Jr. (2190)
                                    Post Office Box 1125
                                    Hardeeville, South Carolina 29927
                                    (843) 784-2142
                                    (843) 784-5770 Fax
                                    tdjohnson1@johnsonslawoffice.com

July 19, 2022