IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(Beaufort Division)

| | |
|---|---|
| United States *ex rel.* Christopher F. Young,<br><br>Plaintiff-Relator,<br><br>v.<br><br>LaFarge Corporation, LaFarge North America, Inc., LaFarge Building Materials, Inc., Argos USA Corp., Argos Cement LLC, Argos Ready Mix LLC, Argos USA, LLC, Greg Melton, Pat Mooney, and Richard A. Stankwytch,<br><br>Defendants. | Civil Case No. 9:20-2959-BHH |

## NOTICE OF APPEARANCES

Defendant Pat Mooney hereby gives notice to the Court and Relator that T. Richmond McPherson, III—a member of the bar of this Court—and Howard Feller, Brent Justus, Nicholas Giles, Caroline Burton, and Joshua Wade—who have been admitted *pro hac vice* in this matter—enter appearances as counsel for Mr. Mooney in the above-captioned matter. As noted in Mr. McPherson's prior filings in this matter and Mr. Feller, Mr. Justus, Mr. Giles, Ms. Burton, and Mr. Wade's *pro hac vice* motions, counsel are also representing Argos USA, LLC in this matter.

Date: August 19, 2022

Respectfully submitted,

/s/     T. Richmond McPherson, III
T. Richmond McPherson III
SC Federal Bar No. 11214
rmcpherson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street Suite 3000
Charlotte, NC 28202-2146
704.343.2000

1

2

Howard Feller (*pro hac vice*)
hfeller@mcguirewoods.com
J. Brent Justus (*pro hac vice*)
bjustus@mcguirewoods.com
Nicholas J. Giles (*pro hac vice*)
ngiles@mcguirewoods.com
Caroline Schmidt Burton (*pro hac vice*)
cburton@mcguirewoods.com
Joshua D. Wade (*pro hac vice*)
jwade@mcguirewoods.com
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
804.775.1000

*Counsel for Defendants Argos USA LLC and Pat Mooney*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, a copy of the foregoing Notice of Appearances was electronically filed via the Court's CM/ECF system, which will send a notification of such filing to all counsel of record in this matter.

/s/     T. Richmond McPherson, III
T. Richmond McPherson III
SC Federal Bar No. 11214
rmcpherson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street Suite 3000
Charlotte, NC 28202-2146
704.343.2000