**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**
(Beaufort Division)

| | |
|---|---|
| UNITED STATES *ex rel.* CHRISTOPHER F. YOUNG, <br><br>    Plaintiff-Relator, <br><br> v. <br><br> LARFARGE CORPORATION, LARFARGE NORTH AMERICA, INC., LAFARGE BUILDING MATERIALS, INC., ARGOS USA CORP., ARGOS CEMENT LLC, ARGOS READY MIX LLC, ARGOS USA, LLC, GREG MELTON, PAT MOONEY, and RICHARD A. STANKWYTCH, <br><br>    Defendants. | Civil Case No. 9:20-2959-BHH |

### RICHARD A. STANKWYTCH'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES

The following answers to the interrogatories set forth in Local Civil Rule 26.01 are provided by Defendant Richard A. Stankwytch.

    **A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

Mr. Stankwytch is unaware of any person or legal entity with a subrogation interest in any claims in this action.

    **B. As to each claim, state whether it should be tried jury or nonjury and why.**

Plaintiff in this action has requested a jury trial.

    **C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

1

Mr. Stankwytch is a natural person and does not own ten percent or more of the outstanding shares of any publicly traded company.

**D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).** *See* **Local Civil Rule 3.01.**

As Mr. Stankwytch has not asserted any claims in this action, Interrogatory D is inapplicable.

**E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that** *may be* **related regardless of whether they are still pending. Whether cases** *are* **related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

This action is related to two other matters filed in this District.

*Young v. Argos USA, LLC*, No. 19-3073, is an employment action brought by Relator Christopher Young against Argos USA LLC ("Argos"). The action contains allegations related to his termination, which he alleged was in retaliation for informing the government about Argos' conduct and for bringing an action against Argos under the False Claims Act.[1] This Court granted Argos' motion to dismiss the employment action in full, and that order is now on appeal in the U.S. Court of Appeals for the Fourth Circuit.

*Pro Slab Inc v. Argos North America Corp et al*, No. 17-3185, is a putative class action brought by plaintiffs who allege they bought concrete from Argos at supra-competitive prices.

---

[1] This initial action that Mr. Young brought under the False Claims Act was filed in the Southern District of Georgia, *United States ex rel. Christopher F. Young v. Lafarge, S.A. et al.*, No. 13-00095.

Discovery in the suit has been stayed pending resolution of a related criminal matter brought in the Southern District of Georgia, *United States v. Evans Concrete, LLC*, No. 20-00081.

> **F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

Mr. Stankwytch was properly identified.

> **G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

Mr. Stankwytch does not contend that any other persons or legal entities are liable for the claims asserted against him in this suit.

Date: August 31, 2022

Respectfully submitted,

/s/ T. Richmond McPherson III
T. Richmond McPherson III
SC Federal Bar No. 11214
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
Telephone: (804) 775-4388
Facsimile: (804) 698-2048
rmcpherson@mcguirewoods.com

*Attorney for Defendant Argos USA LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, a copy of the foregoing Richard A. Stankwytch's Answers to Local Rule 26.01 Interrogatories was electronically filed via the Court's CM/ECF system, which will send a notification of such filing to all counsel of record in this matter.

/s/ T. Richmond McPherson III
T. Richmond McPherson III
SC Federal Bar No. 11214
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
Telephone: (804) 775-4388
Facsimile: (804) 698-2048
rmcpherson@mcguirewoods.com

*Attorney for Defendant Argos USA LLC*

4