IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(Columbia Division)

| | |
|---|---|
| United States *ex rel.* Christopher F. Young,<br><br>Plaintiff-Relator,<br><br>v.<br><br>LaFarge Corporation, LaFarge North America, Inc., LaFarge Building Materials, Inc., Argos USA Corp., Argos Cement LLC, Argos Ready Mix LLC, Argos USA, LLC, Greg Melton, Pat Mooney, and Richard A. Stankwytch,<br><br>Defendants. | Civil Case No. 9:20-2959-BHH |

**DEFENDANT RICHARD A. STANKWYTCH'S MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT**

Defendant Richard A. Stankwytch, by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully requests that the Court dismiss Plaintiff-Relator Chris Young's Second Amended Complaint (D.E. 30) with prejudice because Relator's complaint fails to allege causes of action against Mr. Stankwytch under the False Claims Act, as explained in more detail in the accompanying Memorandum of Law and in Co-Defendants' Argos USA, LLC and Pat Mooney's Memorandum of Law (D.E. 56-1), which Mr. Stankwytch incorporates in its entirety.

Date:   September 9, 2022                              Respectfully submitted,

MCGUIREWOODS LLP

/s/ T. Richmond McPherson III
T. Richmond McPherson III
SC Federal Bar No. 11214
 rmcpherson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street Suite 3000
Charlotte, NC 28202-2146
704.343.2000

Howard Feller (*pro hac vice*)
hfeller@mcguirewoods.com
J. Brent Justus (*pro hac vice*)
bjustus@mcguirewoods.com
Nicholas J. Giles (*pro hac vice*)
ngiles@mcguirewoods.com
Caroline Schmidt Burton (*pro hac vice*)
cburton@mcguirewoods.com
Joshua D. Wade (*pro hac vice*)
jwade@mcguirewoods.com
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
804.775.1000

*Counsel for Defendants Argos USA LLC,
Richard Stankwytch, and Patrick Mooney*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September 2022, the foregoing Motion to Dismiss was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this matter.

/s/ T. Richmond McPherson III
T. Richmond McPherson III
SC Federal Bar No. 11214
rmcpherson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street Suite 3000
Charlotte, NC 28202-2146
704.343.2000