UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES *ex rel,* <br> CHRISTOPHER F. YOUNG, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> LAFARGE CORPORATION, LAFARGE NORTH AMERICA, INC.., LAFARGE BUILDING MATERIALS, INC., ARGOS USA CORP., ARGOS CEMENT LLC, ARGOS READY MIX LLC, ARGOS USA, LLC, GREG MELTON, PAT MOONEY, and RICHARD A. STANKWYTCH, <br><br> Defendants. | Civil Action File No: 9:20-2959-BHH <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Christopher Young, Plaintiff in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order/Judgement entered in this action on the 24th day of March, 2023.

By: __s/Joshua R. Fester____
Darrell Thomas Johnson, Jr. (2190)
Warren P. Johnson (9524)
Joshua R. Fester (12513)
Post Office Box 1125
Hardeeville, South Carolina 29927
(843)784-2142
(843)784-5770 fax
Attorneys for Plaintiff Christopher Young

April 21, 2023