FILED:  May 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1445
(9:20-cv-02959-BHH)

_____

UNITED STATES EX REL. CHRISTOPHER F. YOUNG

Plaintiff - Appellant

v.

ARGOS USA, LLC; GREG MELTON; PAT MOONEY; RICHARD A.
STANKWYTCH

Defendants - Appellees

and

LAFARGE SA; LAFARGE CORPORATION; LAFARGE NORTH AMERICA,
INCORPORATED; LAFARGE BUILDING MATERIALS, INC.; CEMENTOS
ARGOS SA; ARGOS USA CORP.; ARGOS CEMENT LLC; ARGOS READY
MIX LLC; ELITE CONCRETE LLC; ELITE CONCRETE HOLDINGS LLC;
ELITE CONCRETE OF SC LLC; COASTAL CONCRETE INC; COASTAL
CONCRETE COMPANY INC.; COASTAL CONCRETE SOUTHEAST II LLC;
EVANS CONCRETE HOLDINGS INC.; TROY D. BAIRD; HURLEY S.
COOK; DAVID MELTON; TIM COUGHLIN; TIM MAHONEY; TOMMY
STRICKLAND; TIMOTHY STRICKLAND, a/k/a Bo, a/k/a Bo Strickland

Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

9:20-cv-02959-BHH    Date Filed 05/09/23    Entry Number 78    Page 2 of 2

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk