UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES *ex rel,*  )<br>CHRISTOPHER F. YOUNG,  )<br>  )<br>Plaintiff-Relator,  )<br>  )<br>vs.  )<br>  )<br>LAFARGE CORPORATION, LAFARGE  )<br>NORTH AMERICA, INC..,  )<br>LAFARGE BUILDING  )<br>MATERIALS, INC., ARGOS USA CORP., )<br>ARGOS CEMENT LLC, ARGOS READY )<br>MIX LLC, ARGOS USA, LLC, GREG  )<br>MELTON, PAT MOONEY, and  )<br>RICHARD A. STANKWYTCH,  )<br>  )<br>Defendants.  )<br>_____)  | CIVIL ACTION FILE NO.:<br>9:20-2959-BHH<br><br><br>NOTICE REGARDING TEXT ORDER<br>AND JUDGMENT RELATED TO<br>MOTION TO DISMISS |

The undersigned hereby notifies the Court that it had an agreement to dismiss the matter with the consent of all parties, with all parties bearing their own costs and fees. The parties were in the final stages of drafting the appropriate documents to effectuate the voluntary dismissal. (Ex. A, Emails from Warren Johnson and counsel for Defendants). In addition, Plaintiff recently voluntarily dismissed his appeal in the Court of Appeals for the Fourth Circuit. That action was necessary to obtain jurisdiction for this Court to dismiss this case.

Counsel provides this notice in light of the text order entered on May 18, 2023, and to inform the Court that neither Plaintiff nor his counsel intended to

ignore the Court's standing orders or any other orders.  Instead, Plaintiff was attempting to dispose of the matter in the most efficient way possible.

Dated: May 18, 2023                    Respectfully submitted,

LAW OFFICE OF
DARRELL THOMAS JOHNSON, JR., LLC
Attorneys for Plaintiff

By:    s/Warren P. Johnson
Warren Paul Johnson  (9542)
Joshua R. Fester  (12513)
Darrell T. Johnson, Jr.  (2190)
Post Office Box 1125
Hardeeville, South Carolina  29927
(843) 784-2142
(843) 784-5770  Fax
Tdjohnson1@johnsonslawoffice.com

s/William J. Hunter
William J. Hunter (Pro Hac Vice Adm)
OLIVER MANER LLP
Post Office Box 10186
Savannah, Georgia  31412
912-236-3311
912-438-5716  Fax
bhunter@olivermaner.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2023, I filed the foregoing with the Clerk of the United States District Court for the State of South Carolina using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

<u>s/Warren P. Johnson</u>
Warren P. Johnson
Law Office of Darrell T. Johnson
Post Office Box 1125
Hardeeville, South Carolina 29927
843-784-2142
843-784-5770 (facsimile)
Tdjohnson1@johnsonslawoffice.com
*Counsel for Plaintiff*