**From:** Warren Johnson
**Sent:** Tuesday, May 16, 2023 4:10:57 PM
**To:** Wade, Joshua D. <JWade@mcguirewoods.com>
**Cc:** Joshua Fester <jfester@johnsonslawoffice.com>; Leanne Motes <lmo@johnsonslawoffice.com>; Giles, Nicholas J. <NGiles@mcguirewoods.com>
**Subject:** RE: US ex rel Young v. Argos et al.

Josh,

Thank you for following up on this.  If you are willing to draft the dismissal, that would be appreciated.

Thanks,

Warren Johnson
Law Offices of Darrell Thomas Johnson, Jr., LLC
300 Main Street
Post Office Box 1125
Hardeeville, South Carolina 29927
(843) 784-2142


**From:** Wade, Joshua D. <JWade@mcguirewoods.com>
**Sent:** Tuesday, May 16, 2023 2:50 PM
**To:** Warren Johnson <wpj@johnsonslawoffice.com>
**Cc:** Joshua Fester <jfester@johnsonslawoffice.com>; Leanne Motes <lmo@johnsonslawoffice.com>; Giles, Nicholas J. <NGiles@mcguirewoods.com>
**Subject:** RE: US ex rel Young v. Argos et al.

Hi Warren—

Just wanted to circle back on the below and see whether you agree with these next steps.  If you do, we're glad to draft up a dismissal for your review.

Thanks,
Josh

**Joshua D. Wade**
Associate
McGuireWoods LLP
T: +1 804 775 4388 | M: +1 540 533 3055
jwade@mcguirewoods.com

**From:** Wade, Joshua D.
**Sent:** Thursday, May 11, 2023 6:06 PM
**To:** Warren Johnson <wpj@johnsonslawoffice.com>
**Cc:** Joshua Fester <jfester@johnsonslawoffice.com>; Leanne Motes <lmo@johnsonslawoffice.com>;

Giles, Nicholas J. <NGiles@mcguirewoods.com>
**Subject:** US ex rel Young v. Argos et al.

Hi Warren—

Thank you for filing the notice of dismissal in the Fourth Circuit on Tuesday. We wanted to follow up on next steps in the district court. We'd propose that you file a short notice of voluntary dismissal in that court as well. As noted in the draft dismissal we circulated last Monday, Defendants Mooney and Stankwytch are looking for finality with this dismissal, and are willing to agree to waive their right to seek costs in exchange for a release from all known claims that Chris may have against them. If you agree with that approach, we can send you back a draft dismissal (updated to account for the dismissal of the appeal) for your review. As noted previously, we also think DOJ will need to be informed before this is filed.

Please let us know what you think, and glad to hop on a quick call to discuss if that is most efficient.

Thanks,
Josh

**Joshua D. Wade**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:   +1 804 775 4388
M: +1 540 533 3055
jwade@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

McGuireWoods

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*